IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-00909-RPM

MONIKA M. NICKERSON and
THOMAS A. NICKERSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

  The Court having considered the Consent to the Exercise of Jurisdiction by a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), Fed.R.Civ.P. 73, and D.C.COLO.LCivR 72.2, filed on July 29, 2005, it is

  ORDERED that this action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636(c) and it is

  FURTHER ORDERED that this action will be assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Boyd N. Boland and it is

  FURTHER ORDERED that upon reassignment, the above case number will be

amended to reflect the magistrate judge to whom the case is reassigned.

DATED:  August 5, 2005.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge