IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00909-OES-BNB

MONIKA NICKERSON and
THOMAS A. NICKERSON,

Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

Defendant(s).

## ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Date:  October 24, 2005

    Upon stipulation of the parties this action is DISMISSED with prejudice, each party to pay its own fees and costs.

    Dated at Denver, Colorado, this day of:  October 24, 2005

                                    BY THE COURT:

                                    s/ O. Edward Schlatter

                                    _____
                                    O. Edward Schlatter
                                    United States Magistrate Judge